This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**STATE OF NEW MEXICO,**

Plaintiff-Appellee,

v. NO. 34,700

**JASON REYES,**

Defendant-Appellant.

**APPEAL FROM THE DISTRICT COURT OF DOÑA ANA COUNTY**
**Fernando R. Macias, District Judge**

Hector H. Balderas, Attorney General
Santa Fe, NM

for Appellee

Jorge A. Alvarado, Chief Public Defender
Kathleen T. Baldridge, Assistant Appellate Defender
Santa Fe, NM

for Appellant

**MEMORANDUM OPINION**

**ZAMORA, Judge.**

{1}     Defendant appeals from a judgment and sentence rendered pursuant to a guilty plea.  We previously issued a notice of proposed summary disposition in which we

proposed to dismiss. Defendant has filed a memorandum in opposition. After due consideration, we remain unpersuaded that this matter is properly before us. We therefore dismiss.

{2} As we previously observed, a guilty plea generally operates as a waiver of the right to appeal the resultant conviction(s) and sentence. *State v. Chavarria*, 2009-NMSC-020, ¶ 16, 146 N.M. 251, 208 P.3d 896 ("[T]he constitutional right to appeal is waivable, and a defendant who knowingly, intelligently, and voluntarily pleads guilty, waives the right to appeal his conviction and sentence."). In his memorandum in opposition Defendant acknowledges this principle. [MIO 3] Nevertheless, he maintains that the sentence is "unjust and unwarranted," [MIO 3] and he suggests that counsel's failure to file a sentencing memorandum may have contributed to this outcome. [MIO 4] Insofar as these arguments are not jurisdictional, [MIO 3] we remain unpersuaded that they are properly before us. *See id.* ¶¶ 9-10, 18 (observing that appellate review of a sentence is limited to jurisdictional errors where a defendant does not challenge the validity of a plea agreement, and ultimately dismissing an appeal under analogous circumstances); *State v. Herrera*, 2001-NMCA-073, ¶ 37, 131 N.M. 22, 33 P.3d 22 (expressing a preference to habeas corpus proceedings over

remand when the record on appeal does not establish a prima facie case of ineffective assistance of counsel).

{3}    Accordingly, for the reasons stated above and in the notice of proposed summary disposition, we dismiss.

{4}    **IT IS SO ORDERED.**


_____

**M. MONICA ZAMORA, Judge**

**WE CONCUR:**


_____
**JAMES J. WECHSLER, Judge**


_____
**CYNTHIA A. FRY, Judge**